# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy Munderloh, et al., | No. CV-21-08004-PCT-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Biegler GmbH, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 104).

**IT IS ORDERED** granting the parties' Stipulation for Dismissal with Prejudice (Doc. 104).

**IT IS FURTHER ORDERED** vacating the June 7, 2024 Final Pretrial Conference and all associated deadlines.

**IT IS FURTHER ORDERED** that the claims asserted in this matter by Plaintiffs Dr. Timothy Munderloh, Dr. Travis Stiegler, and Munderloh Medical, Inc., against Defendant Biegler GMBH be dismissed in their entirety, with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 23rd day of May, 2024.

_____
G. Murray Snow
Chief United States District Judge